No. 15,678.

NOWAK ET AL. *v.* CITY AND COUNTY OF DENVER ET AL.
(184 P. [2d] 871)

Decided September 8, 1947.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE JACKSON and MR. JUSTICE ALTER, participating.

Mr. O. OTTO MOORE, for plaintiffs in error.

Mr. MALCOLM LINDSEY, Mr. FRANK L. HAYS, for defendants in error.